| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* Cr. 91-63-01-S |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 04-10354 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Charles Pasciuti a/k/a "Doc" 61 Edwards Road Townsend, MA 01469 | DISTRICT DISTRICT OF NEW HAMPSHIRE | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Jose A. Fuste, Sitting by Designation | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/26/04    TO 10/25/09 |

OFFENSE

Ct. I: Income Tax Evasion, in violation of 26 U.S.C. § 7201
Ct. II: Conspiracy to Distribute Controlled Substance, in violation of 21 U.S.C. § 846 and 841(a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF NEW HAMPSHIRE</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11-11-04
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Dec 8, 2004
Effective Date

*William G. Young*
United States District Judge